Certificate Number: 00437-PAM-DE-031153176

Bankruptcy Case Number: 18-01308


00437-PAM-DE-031153176

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 8, 2018</u>, at <u>10:15</u> o'clock <u>AM MDT</u>, <u>Randi Wishard</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>June 8, 2018</u>   By:  <u>/s/Kimberly Jackson</u>

Name:  <u>Kimberly Jackson</u>

Title:  <u>Accredited Financial Counselor</u>