```
In re:                                                          Case No. 18-01308-HWV
Randi Lee Wishard                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: MMchugh              Page 1 of 1                  Date Rcvd: Jul 26, 2018
                              Form ID: 318               Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
```
db           +Randi Lee Wishard,    4299 Charlestown Rd,    Mercersburg, PA 17236-9461
5042361      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
5042362      +Chambersburg Hospital,    760 E Washington St,    Chambersburg, PA 17201-2751
5042365      +Law Ofc of Walker Connor & Spang,    247 Lincoln Way East,    Chambersburg, PA 17201-2235
5042366      +MMPW Volunteer EMS,    C/O AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
5042371      +US Dept of Education/GL,    2401 International,    P O Box 7859,    Madison, WI 53707-7859
5042372      +Waynesboro Area ALS Unit,    C/O Commercial Acceptance Co,    2 W Main St,
               Camp Hill, PA 17011-6326
5042374      +West Penn Power Co,    C/O Trident Asset Mgmt,    53 Perimeter Cente E Ste 440,
               Atlanta, GA 30346-2294
5042375      +Western MD Health System,    C/O Collection Svc Ctr,    81 Baltimore St., Ste 209,
               Cumberland, MD 21502-3050
5042376      +Wishard Charles,    P O Box 21,    Mercersburg, PA 17236-0021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: WFFC.COM Jul 26 2018 23:03:00      WELLS FARGO DEALER SERVICES,    PO BOX 19657,
               IRVINE, CA 92623-9657
5042360       EDI: BANKAMER.COM Jul 26 2018 23:03:00      Bank of America,    P O Box 982238,
               El Paso, TX 79998
5042363       EDI: DISCOVER.COM Jul 26 2018 23:03:00      Discover Fin Svc LLC,    P O Box 15316,
               Wilmington, DE 19850
5042364      +EDI: CBSKOHLS.COM Jul 26 2018 23:03:00      Kohls/Capital One,    P O Box 3115,
               Milwaukee, WI 53201-3115
5042367      +E-mail/Text: Bankruptcies@nragroup.com Jul 26 2018 19:00:16      National Recovery Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
5043103      +EDI: PRA.COM Jul 26 2018 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5042368      +EDI: RMSC.COM Jul 26 2018 23:03:00      SYNCB/American Eagle,    P O Box 965060,
               Bankruptcy Dept,    Orlando, FL 32896-5060
5042369      +EDI: RMSC.COM Jul 26 2018 23:03:00      SYNCB/Care Credit,    P O Box 965060,   Bankruptcy Dept,
               Orlando, FL 32896-5060
5042370      +EDI: RMSC.COM Jul 26 2018 23:03:00      SYNCB/Walmart,    P O Box 965024,
               Orlando, FL 32896-5024
5042373      +EDI: WFFC.COM Jul 26 2018 23:03:00      Wells Fargo Dealer Svc,    P O Box 1697,
               Winterville, NC 28590-1697
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Michael John Csonka    on behalf of Debtor 1 Randi Lee Wishard office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Randi Lee Wishard** | Social Security number or ITIN | xxx–xx–1761 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | | |
| Case number:   **1:18–bk–01308–HWV** | | | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randi Lee Wishard

**By the court:**   *Henry W. Van Eck*

July 26, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**