```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                   Case No. 18-01308-HWV
Randi Lee Wishard                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Jul 26, 2018
                        Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
db           +Randi Lee Wishard,    4299 Charlestown Rd,    Mercersburg, PA 17236-9461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
         Michael John Csonka    on behalf of Debtor 1 Randi Lee Wishard office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                   TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Randi Lee Wishard,  
    **Debtor 1**

Chapter 7

Case No.     1:18–bk–01308–HWV

Social Security No.:  
    xxx–xx–1761

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    **John P Neblett (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 26, 2018

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk

**fnldec** (05/18)